## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON HARLEY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **AMC PATRIOT LN IV B LLC and** | : | |
| **FMM BUSHNELL, LLC** | : | **NO. 17-3472** |

## ORDER

**NOW**, this 25th day of January, 2018, upon consideration of the Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(1) and/or Rule 12(b)(6) of the Federal Rules of Civil Procedure (Document No. 7), the plaintiff's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED**.

/s/TIMOTHY J. SAVAGE